is the correspondent of the appellant bank, and that these witnesses have refused to give the plaintiff's any information concerning the alleged cause of action. It is proposed to examine all of these witnesses on the main issues in the case. The plaintiff has seen fit to bring his action here and sufficient ground is not shown for transferring the trial of the principal issues to the State of Virginia. No special reason or circumstance is shown which warrants the issue of an open commission. The order should, therefore, be modified, with ten dollars costs and disbursements to the appellants, by directing that a commission issue to examine the witnesses upon written interrogatories. Van Brunt, P. J., Patterson, Ingraham and Hatch, JJ., concurred.

Rudolph Henry Evans, Respondent, v. Charles F. Muller and Others, as Executors of and Trustees under an Alleged Last Will and Testament of Thomas W. Evans, Deceased, and Others, Respondents; Juliette Corville Henderson and Others, Appellants, Impleaded with Others. David Keane, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the opinion of the court below.— Present: Van Brunt, P. J., Patterson, Ingraham, Hatch and Laughlin, JJ. The following is the opinion of Scott, J., delivered at Special Term:

SCOTT, J.: The agreement between Mr. Keane and his clients has been three times before the Appellate Division, and it has, on each occasion, been held that the agreement specifically reserved to each client the right at any stage of the case to settle or compromise upon such terms as he might think fit. They have availed themselves of this reserved right and have agreed to accept a compromise, with which they appear to be entirely satisfied. I cannot say upon the facts presented that this settlement was made in fraud of the clients or of their attorney. That the attorney has a lien or claim upon the sums to be paid his clients under the compromise agreed to by them is undoubted, and is conceded by all parties. Mr. Huey, the attorney selected by the heirs to receive payment from the executors and distribute it among those entitled thereto, has retained out of the moneys to be paid to Mr. Keane's clients a sum equivalent to the percentage to which Mr. Keane is entitled upon the sums which those clients have agreed to accept. Mr. Keane has never served an answer in behalf of his clients, and avers very frankly that he cannot do so because they refuse to verify any answer. He is not a party defendant himself and is not entitled to answer in his own behalf. With every desire to aid an attorney in the presentation and enforcement of an honest claim, as I have no doubt Mr. Keane's claim is, I can see no justifiable grounds upon which the plaintiff's motion to discontinue can be denied. To do so would simply result in keeping alive a litigation which imposes a cloud upon the estate, and in which Mr. Keane can, after all is said, obtain no substantial relief. The motion to discontinue will be granted on payment of Mr. Keane's taxable costs.

Fernando Baltes, as Executor, etc., of Edmund Waring, Deceased, Appellant, v. Union Trust Company of New York, Respondent.— Judgment affirmed, with costs, on opinion of court below. (Reported in 35 Misc. Rep. 157.)

Peter McCann, Appellant, v. Frederick Thilemann, Jr., and F. Vinton Smith, Respondents.— Judgment affirmed, with costs, on opinion of court below. (Reported in 36 Misc. Rep. 145.) O'Brien, J., dissented.

Mary Pfeifer, as Administratrix, etc., of Hynek Opitz, Deceased, Appellant, v. The Supreme Lodge of the Bohemian-Slavonian Benevolent Society of United States, Respondent.— Judgment affirmed, with costs, on opinion of Bischoff, J. (Reported in 37 Misc. Rep. 71.)

Dr. Dadirrian & Sons Company, Respondent, v. William Hauenstein, Appellant.— Judgment affirmed, with costs. No opinion. O'Brien and Laughlin, JJ., dissenting.

William Pape and Others v. The New York and Harlem Railroad Company and Others. — Motion denied.

George Ehret v. The New York and Harlem Railroad Company and Others.— Motion denied.

Franziska Scholtz v. The New York and Harlem Railroad Company.— Motion denied.

Hedewig Kriete v. The New York and Harlem Railroad Company and Others.— Motion denied.

David W. O'Neil v. The New York and Harlem Railroad Company.— Motion denied.

M. Florence Kelley, Respondent, v. Metropolitan Street Railway Company, Appellant.— Upon the plaintiff stipulating to reduce the judgment as entered to the sum of $8,085.20 the judgment as so modified affirmed, without costs, otherwise judgment reversed, new trial ordered, costs to appellant to abide event. No opinion.

In the Matter of the Probate of the Last Will and Testament of Minnie A. Kurzman (formerly Minnie A. Stearns), Deceased. Edward Stern, Appellant; Rachel Brooks, Respondent.— Decree affirmed, with costs. No opinion.

The United Press, Respondent, v. The A. S. Abell Company, Proprietor of "The Sun" Newspaper and Others, Defendants, Impleaded with Felix Agnus, Manager and Trustee of the "Baltimore American" Newspaper, Appellant.— Appeal dismissed, with ten dollars costs and printing disbursements to the appellant.

Augustus C. Fransioli, Appellant, v. Jeannette P. Goin, Respondent.— Judgment and order affirmed, with costs. No opinion.

Cornelius J. Earley, Appellant, v. Catherine Whitney, as Executrix, etc., of David L. Whitney, Deceased, Respondent, and Bridget Keegan, as Administratrix, etc., of Michael Keegan, Deceased, Defendant.— Judgment affirmed, with costs. No opinion.

Lorenz Reich, ·Respondent, v. Eva S. Cochran and Others, as Executors and Trustees, etc., under the Last Will and Testament of William F. Cochran, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Lorenz Reich, Respondent, v. Eva S. Cochran and Others, as Executors and Trustees, etc., under the Last Will and Testament of William F. Cochran, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary H. Lester, Appellant, v. The Church of Our Lady of Lourdes in the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Brooklyn Rapid Transit Company, Respondent, v. Joseph A. Britton and Others, Defendants, Impleaded with George A. Romer, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Lillie E. Stollhofen, Respondent, v. Paul S. Stollhofen, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Cora Stebbins Dickinson, Respondent, v. George E. Dickinson, Appellant.— Order modified by reducing counsel fee to $200, and